UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Masterfile Corporation,
        Plaintiff(s),

-against-

Vision Real Estate Group, LLC d/b/a Equinet
Properties and Amir Yerushalmi,
        Defendant(s).
------------------------------------------------------------X

Judge Pauley
Index No. 07 CIV 8253

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                     S.S.
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 1st day of October 2007, at approximately the time of 4:20 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** upon Amir Yerushalmi at 350 Fifth Avenue, Suite 5122, New York, NY 10118, by personally delivering and leaving the same with Ben Fredman, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Amir Yerushalmi is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Ben Fredman is a white male, approximately 40 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 200 pounds with baldhead and light eyes wearing glasses.

      That on the 2nd day of October 2007, deponent served another copy of the foregoing upon Amir Yerushalmi at 350 Fifth Avenue, Suite 5122, New York, NY 10118, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on

the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

*[signature]*

HECTOR FIGUEROA #870141

Sworn to before me this
3rd day of October, 2007

*[signature]*

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08