UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

MASTERFILE CORPORATION,

                Plaintiff,

      against

VISION REAL ESTATE GROUP, LLC,
d/b/a EQUINET PROPERTIES AND
AMIR YERUSHALMI,

                Defendant.
---------------------------------------------------------X

**NOTICE OF DISMISSAL**

Case No. 07cv8253
Judge WHP
ECF Case

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/9/07

Pursuant to Federal Rule 41(a)(1), the Plaintiff, Masterfile Corporation,

voluntarily dismisses the above action with prejudice.

Dated:  New York, New York
       November 1, 2007

                COWAN DEBAETS ABRAHAMS
                & SHEPPARD, LLP

                Zehra J. Abdi, Esq. (ZA7035)
                Nancy E. Wolff, Esq. (NW7805)
                Attorneys for Plaintiff
                Masterfile Corporation
                41 Madison Avenue, 34th Floor
                New York, New York 10010
                (212) 974-7474

So Ordered:

USDJ
11/8/07